RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Rachel Haley Watson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00778-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE** (Second Request) |
| RACHEL HALEY WATSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Rachel Haley Watson, that the status conference scheduled for February 20, 2026, be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.    Ms. Watson has completed her online classes but needs additional time to complete the remaining special conditions of her unsupervised probation.

2.    The defendant is out of custody and agrees with the need for continuance.

3.    The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 12th day of February, 2026.

| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States |
|---|---|
| By */s/ Rick Mula* | By */s/ Skyler Pearson* |
| RICK MULA<br>Assistant Federal Public Defender | SKYLER PEARSON<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00778-DJA |
| Plaintiff, | ORDER |
| v. | |
| RACHEL HALEY WATSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for February 20, 2026 at the hour of 11:30 a.m., be vacated and continued to **May 1, 2026, at 11:30 a.m.**

DATED this 13th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3