RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NICHOLAS WOLFRAM
Assistant Federal Public Defender
Nevada State Bar No. 16653
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nicholas_Wolfram@fd.org

Attorney for Rachel Haley Watson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00778-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** (Second Request) |
| v. | |
| RACHEL HALEY WATSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Joseph Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nick Wolfram, Assistant Federal Public Defender, counsel for Rachel Haley Watson, that the status conference scheduled for May 1, 2026, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1.      Ms. Watson needs additional time to complete the remaining special conditions of her unsupervised probation.

2.      The defendant is out of custody and agrees with the need for continuance.

3.    The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 27th day of April, 2026.

RENE L. VALLADARES
Federal Public Defender

By /s/ Nicholas Wolfram
NICHOLAS WOLFRAM
Assistant Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By /s/ Joseph Sciscento
JOSEPH SCISCENTO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00778-DJA |
| Plaintiff, | ORDER |
| v. | |
| RACHEL HALEY WATSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for May 1, 2026 at the hour of 11:30 a.m., be vacated and continued to **June 5, 2026, at 11:30 a.m.**

DATED this 27th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3