RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NICHOLAS WOLFRAM
Assistant Federal Public Defender
Nevada State Bar No. 16653
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nicholas_Wolfram@fd.org

Attorney for Rachel Haley Watson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00778-DJA |
| Plaintiff, | **Stipulation to Vacate Status Conference and [Proposed] Order** |
| v. | |
| RACHEL HALEY WATSON, | |
| Defendant. | |

Ms. Watson was charged by Criminal Complaint on September 12, 2024, with three counts: (1) Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)); (2) Operating a Motor Vehicle with a Controlled Substance in Blood (a violation of 18 U.S.C. § 13; N.R.S. 484C.110(3)(b)); and (3) Speeding (a violation of 36 C.F.R. § 4.21(c)). (ECF No. 1.)

Ms. Watson entered a plea agreement on June 18, 2025 (ECF No. 13). At sentencing, Ms. Watson was sentenced to Count One as follows with Counts Two and Three dismissed:

One-year term of Unsupervised Probation with special conditions:

1.    Pay a $800 fine and a mandatory $10 penalty assessment;
2.    Attend/ Complete the Lower Court Counseling's DUI Course and Victim Impact Panel;
3.    Attend/ Complete an Eight (8) hour online drug awareness course;
4.    Complete (20) hours of community service; and
5.    Stay away from Lake Mead Recreation Area for a period of six (6) months except for employment purposes only.

(*Id.*)

Ms. Watson has completed the special conditions of her unsupervised probation in accordance with her sentence[1]. Accordingly, the parties agree that the status conference set for June 5, 2026, at 11:30 AM should be vacated.

Dated: June 1, 2026.

Respectfully submitted,

RENE L. VALLADARES                    TODD BLANCHE
Federal Public Defender               Acting Attorney General of the United States

*/s/ Nicholas Wolfram*                 */s/ Joseph Sciscento*
Nicholas Wolfram                       Joseph Sciscento
Assistant Federal Public Defender      Assistant United States Attorney

---

[1] Ms. Watson failed to stay out of trouble during the first six months of her one year period of unsupervised probation thereby making her ineligble to withdraw her guilty plea to Count 1 of the Complaint.

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00778-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| RACHEL HALEY WATSON, | |
| Defendant. | |

The Court finds that Ms. Watson has completed the special conditions of her unsupervised probation in accordance with her plea agreement and sentence.

IT IS THEREFORE ORDERED that the status conference set for June 5, 2026, at 11:30 AM is vacated.

DATED this 2nd day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE